# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:14-cv-00121-AT**
**Cajun Global LLC et al v. Haszia Enterprises, Inc.**
**Honorable Amy Totenberg**

Minute Sheet for proceedings held In Open Court on 01/23/2014.

TIME COURT COMMENCED: 2:15 P.M.
TIME COURT CONCLUDED: 3:12 P.M.   COURT REPORTER: Elise Evans
TIME IN COURT: 00:57   DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Fred Slotkin representing Cajun Funding LLC<br>Fred Slotkin representing Cajun Global LLC |
| OTHER(S) PRESENT: | Craig Prusher, General Counsel for Church's Chicken |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | No representative for Defendant appeared for the hearing. Bob Gibson, Senior Director of Franchise Operations for Church's Chicken was placed on the stand and under oath. The Court questioned Mr. Gibson, followed by direct examination from Plaintiffs' counsel. The Court granted Plaintiffs' request for an injunction. Plaintiffs are to prepare and remit a revised proposed order for the Court's consideration. |